**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

GOVERNMENT EMPLOYEES' INSURANCE
CO. GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY, and
GEICO CASUALTY CO.,

         Plaintiffs,

Vs.                                CASE NO.: 1:26-cv-20203-KMM

MEDSALUD, LLC, and JUAN CARLOS HERNANDEZ MILAN,
Et. al.,

         Defendants.

_____/

## NOTICE OF APPEARANCE

     Moises Kaba III, from Kaba Law Group, P.L.L.C. enters his appearance as counsel for

Defendants, MEDSALUD, LLC ("MedSalud"), and JUAN CARLOS HERNANDEZ MILAN

("Hernandez"), in the above-captioned case.

                             By:      __s/Moises Kaba_____

                                    Moises Kaba, III, Esq.
                                    Florida Bar No. 570125

                                    KABA LAW GROUP, P.L.L.C.
                                    Attorney for Respondent
                                    8180 N.W. 36 ST., Suite 420
                                    Doral, FL 33178
                                    PH: (305) 245-9990
                                    eFax: (304) 242-4055
                                    E-mails: courts_docs@kabalaw.com
                                                 Mkaba03@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

By:     __s/Moises Kaba_____
Moises Kaba, III, Esq.

/