**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.:   1-26-cv-20203-KKM**

GOVERNMENT EMPLOYEES' INSURANCE          )
CO., GEICO INDEMNITY CO., GEICO          )
GENERAL INSURANCE COMPANY and            )
GEICO CASUALTY CO.,                      )
                                         )
            Plaintiffs,                  )
                                         )
**-v-**                                  )
                                         )
NESTOR FERNANDEZ, M.D., P.A., NESTOR     )
FERNANDEZ, M.D., HEALTH PROFESSIONAL     )
SERVICES, INC., JAVIER SARDUY, IVONNE DIAZ )
APORTELA, AMERICAN HEALTH PROVIDERS,     )
CORP., LUIS MARTINEZ, L.M.T., MEDSALUD LLC, )
JUAN CARLOS HERNANDEZ MILIAN, MULTIMED )
CARE, INC., OSVALDO DUBIEL PEREZ TURINO, )
IVAN PEREZ RODRIGUEZ, BBB MEDICAL        )
CENTER GROUP INC, LAURA ADELA            )
RIQUENES, and LAURA GARCIA DIAZ,         )
                                         )
            Defendants,                  )
_____ )

**ANSWER**

COMES NOW the Defendant, DR. NESTOR FERNANDEZ, M.D., et. al., by and through

undersigned counsel, hereby files this answer to the complaint and states:

1.      Defendants hereby denies the allegations in ¶¶ 1-537 and demands strict proof

thereof.

Respectfully Submitted,


*/s/Christian Carrazana*
Christian Carrazana, Esq.
Fla. Bar No.: 188115
**CHRISTIAN CARRAZANA, P.A.**
*Attorney for Defendants*
1612 Redfin Dr.,
Poinciana Florida 34759
Tel No.: (786) 262-0584
Email:  christian@carrazana-legal.com

## **CERTIFCATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was served through the CM/EFC system on all counsel of record.

*/s/Christian Carrazana*
Christian Carrazana, Esq.