**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:26-cv-20203-KMM**

GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

Plaintiffs,

-v-

NESTOR FERNANDEZ, M.D., P.A., et al.,

Defendants.

_____/

## JOINT SCHEDULING REPORT

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "GEICO" or "Plaintiffs") and Defendants Nestor Fernandez, M.D., P.A., Nestor Fernandez, M.D., Health Professional Services, Inc., Javier Sarduy, Ivonne Diaz Aportela, American Health Providers, Corp., Luis Martinez, L.M.T., Medsalud LLC, Juan Carlos Hernandez Milian, Multimed Care, Inc., Osvaldo Dubiel Perez Turino, Ivan Perez Rodriguez, BBB Medical Center Group Inc, Laura Adela Riquenes, And Laura Garcia Diaz (collectively, the "Defendants", and with the Plaintiffs, the "Parties"), respectfully submit this Joint Scheduling Report pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

1.      **Proposed Case Management Track**

The Parties propose that the case be assigned to the Complex Track as provided under Local Rule 16.1(a)(2)(C).

**2.**      **Likelihood of Settlement**

The Parties are currently exploring the possibility of settlement and will discuss settlement in good faith as the case progresses.

**3.**      **Likelihood of Appearance in the Action of Additional Parties**

The Parties are unaware at this time of additional parties that may appear in this case. The Parties reserve the right to amend the pleadings as necessary and seek to add parties based upon information learned in discovery. The Parties propose a deadline for the joinder of any additional parties of July 15, 2026.

**4.**      **Proposed Discovery Schedule and General Case Deadlines**

The Parties propose that this case proceed pursuant to the following schedule:

| | |
|---|---|
| **April 15, 2026** | Deadline to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). |
| **April 24, 2026** | Deadline for the Parties to select a mediator, and to agree upon the scheduling of a time, date, and place for the mediation to occur. |
| **July 15, 2026** | All motions to amend the pleadings or join parties are to be filed.[1] |
| **December 28, 2026** | Parties to disclose experts and exchange expert witness summaries or reports. |
| **January 28, 2027** | Parties to exchange rebuttal expert witness summaries or reports. |
| **April 1, 2027** | All discovery, including expert discovery, is to be completed. |
| **April 1, 2027** | Parties must have completed mediation and filed a mediation report. |
| **May 1, 2027** | All pre-trial motions, motions *in limine*, and *Daubert* |

---

[1] The Parties reserve their rights to seek leave to amend the pleadings at a later date, should they obtain additional information or evidence during discovery.

|  | motions (which include motions to strike experts) are to be filed. This deadline includes all dispositive motions. |
|---|---|
| **TBD by Court** | Parties to submit joint pre-trial Stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |
| **TBD by Court** | Trial. |

A proposed Scheduling Order is attached hereto as Exhibit "1".

5. **Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

The Parties agree to work diligently to simplify the issues as the case progresses. The Parties anticipate that they will each file motions for judgment on the pleadings and/or summary judgment as appropriate. The Parties propose a deadline for dispositive motions of May 1, 2027.

6. **Necessity or Desirability of Amendments to the Pleadings**

Further amendments may be necessary. The Parties propose a deadline for the amendment of the pleadings of July 15, 2026.

7. **Possibility of Obtaining Admissions of Fact and of Documents Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, and the Need for Advance Rulings from the Court on Admissibility of Evidence**

The Parties will in good faith attempt to obtain: (i) admissions of fact and of documents which will avoid unnecessary proof; and (ii) stipulations regarding the authenticity of documents. The Parties will seek advance rulings from the Court on the admissibility of evidence as necessary.

8. **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**

The Parties will work together in good faith to enter into stipulations to avoid unnecessary proof and cumulative evidence.

**9.     Referring Matters to a Magistrate Judge**

The Parties do not consent to the referral of dispositive motions to a Magistrate Judge, nor do the Parties elect to have this case proceed before a Magistrate Judge for trial.

**10.     Preliminary Estimate of the Time Required for Trial**

The Parties preliminarily estimate that ten (10) days will be required for trial.

**11.     Requested Date or Dates for Conferences Before Trial, Final Pre-Trial Conference, and Trial**

The Parties request that a pre-trial conference take place at least **fourteen (14) days** prior to trial.

**12.     Any Other Information That Might Be Helpful to the Court**

The Parties may seek to revise the Proposed Schedule, as appropriate, depending upon the discovery in this case and the Court's rulings as this case progresses.

**13.     Type of Trial the Parties are Requesting and the Legal Basis for the Jury Trial Demand**

The Parties are requesting a jury trial. The legal basis of this demand is the Seventh Amendment to the U.S. Constitution and Federal Rule of Civil Procedure 38(b).

**[SIGNATURE BLOCK ON NEXT PAGE]**

4

Respectfully submitted,

/s/  Max Gershenoff
Max Gershenoff (FBN 1038855)
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen Wenger (FBN 92136)
Peter Henninger (FBN 1070471)
RIVKIN RADLER, LLP
Riverplace Tower
1301 Riverplace Blvd. Suite 1000
Jacksonville, FL 32207
Phone: (904) 791-8948
-and-
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
max.gershenoff@rivkin.com
john.marino@rivkin.com
lindsey.trowell@rivkin.com
kristen.wenger@rivkin.com
peter.henninger@rivkin.com

*Attorneys for Plaintiffs*

/s/  Moises Kaba , III
Moises Kaba , III
Kaba Law Group P.L.L.C.
8180 NW 36 ST
Suite 417
Doral, FL 33166
Phone: (305) 245-9990
Email: vruiz@kabalaw.com

*Attorney for Defendants Medsalud LLC and*
*Juan Carlos Hernandez Milian*

/s/  Christian Carrazana
Christian Carrazana
Christian Carrazana P.A.
100 NE 15 St., Suite 101B
Homestead, FL 33030
Phone: (786) 262-0584
Email: christian@carrazana-legal.com

*Attorney for Defendants Nestor Fernandez,*
*M.D., Nestor Fernandez, M.D., P.A., American*
*Health Providers, Corp., Ivonne Diaz Aportela,*
*Health Professional Services, Inc., Luis*
*Martinez, L.M.T., BBB Medical Center Group*
*Inc., Laura Adela Riquenes, Javier Sarduy,*
*Multimed Care, Inc., Javier Sarduy, and*
*Osvaldo Dubiel Perez Turino*

5

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 26, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will send notice and a copy of this

document to the counsel of record in this case.

*/s/  Max Gershenoff*
Attorney