**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


GOVERNMENT EMPLOYEES INSURANCE CO., et al.

CASE NUMBER
  1:26−cv−20203−KMM

PLAINTIFF(S)

v.

NESTOR FERNANDEZ, M.D., P.A., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).


# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Laura Garcia Diaz**


as of course, on the date April 22, 2026.

      **Angela E. Noble**
      CLERK OF COURT

      By _/s/ Clifford Wilfrid Charles_
      Deputy Clerk

cc:  Judge K. Michael Moore
    Government Employees Insurance Co.


**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)