# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**Case No.:   1-26-cv-20203-KKM**

GOVERNMENT EMPLOYEES' INSURANCE )
CO., GEICO INDEMNITY CO., GEICO )
GENERAL INSURANCE COMPANY and )
GEICO CASUALTY CO., )
  )
         Plaintiffs, )
**-v-** )
  )
NESTOR FERNANDEZ, M.D., P.A., NESTOR )
FERNANDEZ, M.D., HEALTH PROFESSIONAL )
SERVICES, INC., JAVIER SARDUY, IVONNE DIAZ )
APORTELA, AMERICAN HEALTH PROVIDERS, )
CORP., LUIS MARTINEZ, L.M.T., MEDSALUD LLC, )
JUAN CARLOS HERNANDEZ MILIAN, MULTIMED )
CARE, INC., OSVALDO DUBIEL PEREZ TURINO, )
IVAN PEREZ RODRIGUEZ, BBB MEDICAL )
CENTER GROUP INC, LAURA ADELA )
RIQUENES, and LAURA GARCIA DIAZ, )
  )
         Defendants, )
_____ )

## ANSWER TO AMENDED COMPLAINT

COMES NOW the Defendant, DR. NESTOR FERNANDEZ, M.D., et. al., by and through undersigned counsel, hereby files this answer to the complaint and states:

1.     Defendants hereby deny the allegations in ¶¶ 1-544 and demands strict proof thereof.

Respectfully Submitted,


*/s/Christian Carrazana*
Christian Carrazana, Esq.
Fla. Bar No.: 188115
**CHRISTIAN CARRAZANA, P.A.**
*Attorney for Defendants*
1612 Redfin Dr.,
Poinciana Florida 34759
Tel No.: (786) 262-0584
Email:  christian@carrazana-legal.com

## **CERTIFCATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was served through the

CM/EFC system on all counsel of record.


/s/Christian Carrazana
Christian Carrazana, Esq.