**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:26-cv-20203-KMM**

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

      Plaintiffs,

vs.

NESTOR FERNANDEZ, M.D., P.A., NESTOR
FERNANDEZ, M.D., HEALTH
PROFESSIONAL SERVICES, INC., JAVIER
SARDUY, IVONNE DIAZ APORTELA,
AMERICAN HEALTH PROVIDERS, CORP.,
LUIS MARTINEZ, L.M.T., MEDSALUD
LLC, JUAN CARLOS HERNANDEZ
MILIAN, MULTIMED CARE, INC.,
OSVALDO DUBIEL PEREZ TURINO, IVAN
PEREZ RODRIGUEZ, BBB MEDICAL
CENTER GROUP INC, LAURA ADELA
RIQUENES, and LAURA GARCIA DIAZ,

      Defendants.

_____/

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**REGARDING GEICO'S RESPONSE IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants, Government Employees Insurance Company, GEICO Indemnity Company,

GEICO Casualty Company, and GEICO General Insurance Company (collectively "GEICO"),

respectfully submit this Notice of Supplemental Authority to notify the Court of the United States

District Court for the Southern District of Florida's recent decision issued on May 10, 2026 in

*Government Employees Insurance Co. et al v. Millenium Medical Group, Corp. et al.*

(the "Millenium Case"), Case No. 25-cv-25241-BB (pending before the Honorable Beth Bloom) (Dkt. No. 74) (the "Order"), which adopts the Report and Recommendation of Magistrate Judge Marty Fulgueira Elfenbein issued on April 24, 2026 (Dkt. No. 71) (the "Report and Recommendation").   A copy of the Report and Recommendation is attached as Exhibit 1.

GEICO respectfully submits this recently issued Report and Recommendation as supplemental authority regarding the arguments set forth in GEICO's Opposition (Dkt. No. 27) to the pending Motion to Dismiss Plaintiffs' Amended Complaint filed by Defendants, Juan Carlos Hernandez Milian and Medsalud, LLC (Dkt. 23).   GEICO further refers the Court to the Court's Paperless Orders in the Millenium Case that adopted the Report and Recommendation and denied the Motion to Dismiss addressed in the Report and Recommendation (Dkt. No. 74, 75).

Dated: May 13, 2026

> */s/ Max Gershenoff*
> Max Gershenoff (FBN 1038855)
> John P. Marino (FBN 814539)
> Lindsey R. Trowell (FBN 678783)
> Kristen L. Wenger (FBN 92136)
> Peter Henninger (FBN 107071)
> RIVKIN RADLER, LLP
> 1301 Riverplace Boulevard, 10th Floor
> Jacksonville, Florida 32207
> Phone: (904) 792-8925
> Facsimile: (904) 467-3461
> Max.Gershenoff@rivkin.com
> John.Marino@rivkin.com
> Lindsey.Trowell@rivkin.com
> Kristen.Wenger@rivkin.com
> Peter.Henninger@rivkin.com
>
> *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on May 13, 2026, I electronically filed the foregoing document with the Clerk

of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Max Gershenoff*
Attorney