Docusign Envelope ID: 6170A4AB-436E-41D5-86E5-1968FB69EF18

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**Case No.:   1-26-cv-20203-KKM**

|  |  |
|---|---|
| GOVERNMENT EMPLOYEES' INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) ) |
| NESTOR FERNANDEZ, M.D., P.A., NESTOR FERNANDEZ, M.D., HEALTH PROFESSIONAL SERVICES, INC., JAVIER SARDUY, IVONNE DIAZ APORTELA, AMERICAN HEALTH PROVIDERS, CORP., LUIS MARTINEZ, L.M.T., MEDSALUD LLC, JUAN CARLOS HERNANDEZ MILIAN, MULTIMED CARE, INC., OSVALDO DUBIEL PEREZ TURINO, IVAN PEREZ RODRIGUEZ, BBB MEDICAL CENTER GROUP INC, LAURA ADELA RIQUENES, and LAURA GARCIA DIAZ, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |

## DECLARATION OF LAURA GARCIA DIAZ

1.     I, LAURA GARCIA, DIAZ, am over eighteen years of age.  I have personal knowledge of the facts stated hererin.

2.     When I was served with the complaint in this matter, I reached out to BBB Medical Center Inc., (BBB).

3.     I was informed by BBB that they hired counsel who are working towards settlement; therefore, I should not be concerned.

4.     Because of our discussion, I assumed, by mistake, that I did not need to respond.

5.    Also, because I do not read English, I did not comprehend that I needed to respond to the lawsuit, notwithstanding that BBB Medical hired counsel.

6.    When I was informed by BBB Medical that a default was entered against me on April 23, 2026, I retained counsel to remove the default and respond.

7.    In their lawsuit, Plaintiffs are misstating the nature of the services that were performed at BBB when I owned the facility.

8.    Contrary to Plaintiffs claim, BBB did not bill for physical therapy unlawfully performed by unsupervised massage therapists.  That cannot be the case because BBB's patients were not seen by a physical therapist but instead an advanced nurse registered nurse practitioner.[1] In short, BBB billed for Plaintiffs for nursing care, not physical therapy.

9.    Although a massage therapist performed the services, the therapist was not practicing massage but instead advanced nursing care, as the therapist acted under the direction and supervision of the ARNP.

10.   Nor did BBB submit invoices based on a fabricated clinical diagnosis, like Plaintiffs allege.  To the best of my knowledge, BBB did not withhold material information from the Plaintiffs suggesting that the ARNP falsified her clinical judgment.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

Dated ___5/13/2026_____

Firmado por:

*Laura Garcia Diaz*

3C4F73E2451D40F...

Laura Garcia Diaz

---

[1] BBB did not have a physical therapist on staff.